IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ARNOLD LAWSON,           ) | |
|           Petitioner           ) | Civil Action No. 06-158 Erie |
|                                       ) | District Judge McLaughlin |
| v.                                  ) | Magistrate Judge Baxter |
|                                       ) | |
| U.S. PAROLE COMMISSION,  ) | |
|           Respondent.        ) | |

## REPORT AND RECOMMENDATION

AND NOW, this 18th day of July, 2006, after Petitioner presented a petition for a writ of habeas corpus which he seeks leave to prosecute in forma pauperis, and it appearing that he has had average monthly deposits of $ 137.50 in his account at the Federal Correctional Institution at McKean in Bradford, Pennsylvania, during the past six months, which sum far exceeds the $5.00 filing fee required to commence this action, and it further appearing that requiring the Petitioner to pay the filing fee will not deprive him of any necessities of life at the prison,

It is recommended that leave to proceed in forma pauperis be denied.

Petitioner shall have ten (10) days from the date of service in which to file written objections to this Report and Recommendation.  Failure to file timely objections may constitute a waiver of any appellate rights.

S/Susan Paradise Baxter<br>
SUSAN PARADISE BAXTER<br>
Chief U.S. Magistrate Judge

cc: Arnold Lawson # 14358-054
    FCI McKean
    P.O. Box 8000
    Bradford, PA  16701