**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

ARNOLD LAWSON, )
)
    Petitioner, )
) Civil Action No. 06-158 Erie
v. )
)
U.S. PAROLE COMMISSION, )
)
    Respondent. )

## MEMORANDUM ORDER

This motion for leave to proceed in forma pauperis was received by the Clerk of Court on July 17, 2006, and was referred to United States Magistrate Judge Susan Paradise Baxter for report and recommendation in accordance with the Magistrates Act, 28 U.S.C. § 636(b)(1), and Rules 72.1.3 and 72.1.4 of the Local Rules for Magistrates.

The Magistrate Judge's Report and Recommendation [Doc. No. 2], filed on July 19, 2006, recommended that Petitioner's motion be denied. The parties were allowed ten (10) days from the date of service to file objections. Service was made on Petitioner by certified mail and on Respondent. No objections were filed. After de novo review of the petition and documents in the case, together with the Report and Recommendation, the following order is entered:

AND NOW, this 16th day of August, 2006;

IT IS HEREBY ORDERED that the Petitioner's motion for leave to proceed in forma pauperis [Doc. No. 1] is DENIED.

The Report and Recommendation [Doc. No. 2] of Magistrate Judge Baxter, filed on July 19, 2006, is adopted as the opinion of the Court.

                                       s/   Sean J. McLaughlin
                                            United States District Judge

cm:    All parties of record
        Susan Paradise Baxter, U.S. Magistrate Judge